UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 19-0625 (CKK) |

## JOINT STATUS REPORT

Defendant U.S. Department of Health and Human Services ("HHS"), and Plaintiff Campaign for Accountability (collectively, "the Parties"), hereby provide the Court with the following Joint Status Report ("JSR"):

1. Plaintiff filed its Complaint on March 6, 2019 (ECF No. 1), pursuant to the Freedom of Information Act ("FOIA"). HHS answered on April 5, 2019 (ECF No. 8).

2. The Parties have conferred regarding the three FOIA requests at issue in this case:

Request #1: HHS conducted a search that resulted in 3.1 GB of potentially responsive material. When reduced by the search terms for Request #2, Groups 1 and 2 (except for the terms "PP," "pill," and "medical center"), the file size is 1.493 GB. On July 9, 2019, HHS provided Plaintiffs with a page count from the 3.1 GB of data, which amounted to 3,285 pages with approximately 212 attachments. On July 11, 2019, Plaintiffs replied to HHS requesting production of the requested calendars, not limited by search terms, but excluding the approximately 212 calendar attachments, unless Plaintiff requests a specific attachment. Plaintiff indicated its willingness to have the requested calendars produced in daily or weekly format, rather than memo

format, so long as the production still showed the event name, date, time, location, attendees, notes, and any attachment titles for each calendar entry. HHS is considering Plaintiff's proposal.

Request #2: The Parties have conferred regarding refined search terms and custodians. The search HHS conducted, which resulted in 5.807 GB, included all search terms from group 1 only, except for "PP." E-mail attachments were also included in these search results. The Parties agree to skip over mass-mailers in processing records captured in the revised search. The Parties also agree to skip over e-mail attachments, processing e-mail messages only, unless Plaintiff requests a specific attachment. HHS does not have the capability to readily discern the file size volume excluding e-mail attachments. HHS also does not have the capability to readily discern the number of hits for each of the search terms used. HHS will conduct Plaintiff's proposed search without attachments and without the term "Kathleen" but retaining the terms "SBA" and "BC," which Plaintiff considers to be highly relevant to its request. HHS will report the results of its search to Plaintiff once it has been completed.

Request #3: The Parties have conferred regarding domain name search terms and initial custodians. HHS has identified data figures for nine custodians.  The Parties agree to skip over mass-mailers in processing records captured in these searches. Custodian Foley's larger results appear to be driven by the presence of large e-mail attachments.

3. HHS has committed to prioritizing Request #3 and processing at the initial rate of at least 200 potentially responsive pages per month, with the first response to take place on or before July 19, 2019. A second production will take place on or before August 19, 2019.

4. The Parties will confer regarding next steps for Requests #1 and #2 by no later than July 31, 2019.

5. The Parties propose to file an additional JSR no later than August 30, 2019.

Dated: July 17, 2019

Respectfully submitted,

| | |
|---|---|
| JESSIE K. LIU<br>D.C. BAR NO. 472845<br>United States Attorney | SARA KAISER CREIGHTON<br>D.C. BAR No. 1002367<br>AMERICAN OVERSIGHT<br>1030 15th Street, NW, Suite B255 |
| DANIEL F. VAN HORN<br>D.C. Bar No. 924092<br>Chief, Civil Division | Washington, D.C. 20005<br>T: (202)869-5245<br>sara.creighton@americanoversight.org |
| By: /s/ *Scott Leeson Sroka*<br>SCOTT LEESON SROKA<br>Member of New York Bar<br>Assistant United States Attorney<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br>Telephone: 202-252-7113<br>Scott.Sroka@usdoj.gov | By: */s/ Alice C.C. Huling*<br>ALICE C.C. HULING<br>Member of New York Bar<br>CAMPAIGN FOR ACCOUNTABILITY<br>611 Pennsylvania Ave. SE, #337<br>Washington, D.C. 20003<br>T: (202) 780-5750<br>ahuling@campaignforaccountability.org |
| *Counsel for Defendant* | *Counsel for Plaintiff* |